# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANA LOPEZ,

    Plaintiff,

vs.

DOWNTOWN LAS VEGAS EVENTS CENTER, a Domestic Limited-Liability Company; DOES I through X, inclusive, ROE CORPORATIONS I through X, inclusive,

    Defendants.

2:19-cv-01532-KJD-DJA

**ORDER**

Before the Court is Defendant Downtown Las Vegas Events Center LLC's Motion to Appear by Telephone for Early Neutral Evaluation Session (ECF NO. 11).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant Downtown Las Vegas Events Center LLC's Motion to Appear by Telephone for Early Neutral Evaluation Session (ECF NO. 11) must be filed on or before March 3, 2020. No reply necessary.

DATED this 25th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE