TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA LOPEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOWNTOWN LAS VEGAS EVENTS CENTER, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendant. | CASE NO: 2:19-cv-01532-KJD-DJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENSION FOR DEFENDANT TO REPLY**<br><br>**(First Request)** |

Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., on behalf of Plaintiff ANA LOPEZ ("Plaintiff"), and Cynthia L. Alexander, Esq., of the law firm of Dickinson Wright PLLC, on behalf of Defendant DOWNTOWN LAS VEGAS EVENTS CENTER ("Defendant"), do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment [ECF #31], due on February 9, 2021, to February 19, 2021. and the time for Defendant to Reply to Plaintiff's Response.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1, and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

1    Plaintiff's counsel requests the extension due to the fact that Plaintiff resides out of state and

2    Plaintiff's counsel has had challenges meeting with Plaintiff to prepare a response.

3    Accordingly, Plaintiff shall have an additional ten (10) days until February 19, 2021 to

4    provide a response to Defendant's Motion for Summary Judgment [ECF #31] and Defendants shall

5    have up to and including March 5, 2021 to file a Reply.

6

7    Dated:  February 8, 2021                          Dated:  February 8, 2021

8    **HATFIELD & ASSOCIATES, LTD.**                   **DICKINSON WRIGHT PLLC**

9           */s/ Trevor J. Hatfield*                          */s/ Caleb L. Green*
     By: _____           By: _____
10   Trevor J. Hatfield, Esq.  (SBN 7373)            Cynthia L. Alexander, Esq., (SBN 6718)
     703 South Eighth Street                          Caleb L. Green, Esq. (SBN 15234)
11   Las Vegas, Nevada 89101                          3883 Howard Hughes Parkway, Ste. 800
     Tel.: (702) 388-4469                             Las Vegas, Nevada 89169-2210
12   Email: thatfield@hatfieldlawassociates.com       Tel.:  (702) 550-4400
13   *Attorney for Plaintiff*                         Email:  calexander@dickinson-wright.com
                                                      Email:  cgreen@dickinson-wright.com
14                                                    *Attorneys for Defendant*

15

16

17

18              **IT IS SO ORDERED.**

19              DATED this _10th_ day of _February_____, 2021

20

21              _____
                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2