TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANA LOPEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOWNTOWN LAS VEGAS EVENTS CENTER, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendant. | CASE NO:  2:19-cv-01532-KJD-DJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXTENSION FOR DEFENDANT TO REPLY**<br><br>**(Second Request)** |

Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., on behalf of Plaintiff ANA LOPEZ ("Plaintiff"), and Cynthia L. Alexander, Esq., of the law firm of Dickinson Wright PLLC, on behalf of Defendant DOWNTOWN LAS VEGAS EVENTS CENTER ("Defendant"), do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion for Summary Judgment [ECF #31], due on February 19, 2021, to February 26, 2021, and the time for Defendant to Reply to Plaintiff's Response.

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1, and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

1

Plaintiff's counsel requested an extension as Plaintiff resides out of state, works full time and Plaintiff had challenges providing facts in response to Defendant's motion.  Plaintiff's counsel has been diligent in drafting a response to Defendant's motion but due to the President's Day holiday and the volume of documents and factual allegations the response cannot be prepared by the previous stipulated deadline.  Therefore, Plaintiff has requested, and Defendant has agreed, to a one-week extension of the previously ordered deadline to February 26, 2021.

Accordingly, Plaintiff shall have an additional seven (7) days until February 26, 2021 to provide a response to Defendant's Motion for Summary Judgment [ECF #31] and Defendants shall have up to and including March 12, 2021 to file a Reply.

Dated:  February 19, 2021

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J. Hatfield*
By: _____
Trevor J. Hatfield, Esq.  (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
Tel.:  (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated:  February 19, 2021

**DICKINSON WRIGHT PLLC**

*/s/ Caleb L. Green*
By: _____
Cynthia L. Alexander, Esq., (SBN 6718)
Caleb L. Green, Esq. (SBN 15234)
3883 Howard Hughes Parkway, Ste. 800
Las Vegas, Nevada 89169-2210
Tel.:  (702) 550-4400
Email:  calexander@dickinson-wright.com
Email:  cgreen@dickinson-wright.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 22nd day of ___February___, 2021

_____
UNITED STATES DISTRICT JUDGE